# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                  Case No. 05-C-675

RONALD M ENGSTRAND, THERESA L.
ENGSTRAND, DAN NEITZEL,
LYNN DAIRY INC., CUSTOM MILLING INC.
GEISSLER PLUMBING, HAMP HAVEN FARMS,
ACCELERATED GENETICS, DEISS & NUGENT
FEED CO., ANDREW ENGSTRAND,
RANDY WOODRUFF and JOSEPH RYBARCZYK

        Defendants.

---

## ORDER

---

       The court has received the letter advising as to the status of settlement efforts in the above matter. The court will take no action at this time. In the event a settlement agreement has not been reached and executed by March 10, 2006, the clerk will set this matter for a scheduling conference so as to avoid any further delay.

       **SO ORDERED** this   22nd   day of February, 2006.


                                  s/ William C. Griesbach
                                  William C. Griesbach
                                  United States District Judge